# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: POWERSCHOOL HOLDINGS, INC., AND
POWERSCHOOL GROUP, LLC CUSTOMER DATA
SECURITY BREACH LITIGATION                                  MDL No. 3149

(SEE ATTACHED SCHEDULE)

**FILED**
Apr 15 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY        s/ JulieOlsen        DEPUTY

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On April 7, 2025, the Panel transferred 32 civil action(s) to the United States District Court for the Southern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2025). Since that time, no additional action(s) have been transferred to the Southern District of California. With the consent of that court, all such actions have been assigned to the Honorable Roger T. Benitez.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of California and assigned to Judge Benitez.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Southern District of California for the reasons stated in the order of April 7, 2025, and, with the consent of that court, assigned to the Honorable Roger T. Benitez.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 15, 2025

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

*James V. Ingold*

James V. Ingold
Clerk of the Panel

I hereby attest and certify on __Apr 18, 2025__ that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

Clerk, U.S. District Court
Southern District of California

By: **s/ J. Olsen**
      Deputy

IN RE: POWERSCHOOL HOLDINGS, INC., AND
POWERSCHOOL GROUP, LLC CUSTOMER DATA
SECURITY BREACH LITIGATION                                MDL No. 3149

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA EASTERN | | | |
| CAE | 2 | 25−00393 | Lockhart et al v. PowerSchool Holdings, Inc. et al |
| CAE | 2 | 25−00410 | Allen et al v. PowerSchool Group LLC et al |
| CAE | 2 | 25−00426 | Stringer v. PowerSchool Group, LLC |
| CAE | 2 | 25−00427 | Warren et al v. PowerSchool Holdings, Inc. et al |
| CAE | 2 | 25−00431 | August v. PowerSchool Holdings, Inc. |
| CAE | 2 | 25−00444 | Hisserich et al v. PowerSchool Group LLC et al |
| CAE | 2 | 25−00485 | Noble v. PowerSchool Holdings, Inc. et al |
| CAE | 2 | 25−00498 | Behar Calzado et al v. PowerSchool Group LLC et al |
| CAE | 2 | 25−00514 | Tillman v. PowerSchool Group LLC et al |
| CAE | 2 | 25−00517 | Joseph et al v. PowerSchool Holdings, Inc. et al |
| CAE | 2 | 25−00519 | Gauron et al v. PowerSchool Holdings, Inc. |
| CAE | 2 | 25−00709 | Gifford v. PowerSchool Holdings, Inc. et al |
| CALIFORNIA NORTHERN | | | |
| CAN | 3 | 25−01353 | Spicuzza et al v. PowerSchool Holdings, Inc. et al |
| CAN | 3 | 25−01543 | Wright v. PowerSchool Holdings, Inc. et al |
| CAN | 3 | 25−01783 | Valdovinos et al v. PowerSchool Holdings, Inc. et al |
| CAN | 3 | 25−01803 | Garcia et al v. PowerSchool Holdings, Inc. et al |
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 25−01549 | Campbell v. PowerSchool Holdings, Inc. et al |
| MINNESOTA | | | |
| MN | 0 | 25−00665 | Hauser et al v. PowerSchool Holdings, Inc. |
| MISSOURI WESTERN | | | |
| MOW | 4 | 25−00120 | W. et al v. PowerSchool Holdings, Inc. |
| MOW | 4 | 25−00122 | I. et al v. PowerSchool Holdings, Inc. |
| NEW JERSEY | | | |
| NJ | 2 | 25−02026 | CABRERA v. POWERSCHOOL HOLDINGS, INC. et al |

NORTH CAROLINA MIDDLE

| | | | |
|---|---|---|---|
| NCM | 1 | 25−00127 | GREER v. POWERSCHOOL HOLDINGS, INC. et al |